# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL K. DESMOND,** not individually but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of **MOO & OINK, INC.** | ) ) ) ) | |
| Plaintiff, | ) ) | 11-cv-3545 |
| v. | ) ) | Hon. Judge Ruben Castillo |
| **CHICAGO BOXED BEEF DISTRIBUTORS, INC.,** an Illinois Corporation, **SEAN CONNELLY,** an individual, **DUTCH FARMS, INC.,** an Illinois corporation; **TIM BOONSTRA,** an individual, **LOU DONZELLI,** an individual and **WINDY CITY FOOD DISTRIBUTORS, INC.,** an Illinois corporation, | ) ) ) ) ) ) ) ) ) | Jury Demanded |
| Defendants. | ) | |

## MOTION FOR ENTRY OF AGREED JUDGMENT AGAINST CHICAGO BOXED BEEF DISTRIBUTORS, INC.

Plaintiff Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee ("Trustee" or "Plaintiff") of the bankruptcy estate of Moo & Oink, Inc., through his attorneys, hereby submits his Motion for Entry of Agreed Judgment Against Chicago Boxed Beef Distributors, Inc. ("Chicago Boxed Beef"), and states as follows:

1. The parties to this matter who were not in default, *i.e.*, the Trustee, and defendants Dutch Farms, Inc., Tim Boonstra, Windy City Food Distributors, Inc., and Chicago Boxed Beef, participated in a settlement conference before Magistrate Judge Keys on April 22, 2013. As a result of that settlement conference, those parties reached a settlement in principle.

2. In light of the successful settlement conference, the Court dismissed this action without prejudice on April 25, 2013, and instructed the parties to file "a stipulation or

appropriate settlement documents dismissing the lawsuit with prejudice" if the Bankruptcy Court approved the proposed settlement.

3. The parties to the settlement thereafter finalized a Settlement Agreement and submitted the Settlement Agreement to the Bankruptcy Court for approval. As part of the Settlement Agreement, Chicago Boxed Beef agreed to the entry of a judgment against it in the amount of $107,500.00.

4. The Bankruptcy Court approved the Settlement Agreement on July 2, 2013. Therefore, the Trustee now moves for the entry of a judgment in his favor and against Chicago Boxed Beef in the amount of $107,500.00.

5. Counsel for the Trustee has been in contact with counsel for Chicago Boxed Beef, who has no objection to this Motion.

6. A proposed Agreed Judgment Order is being submitted herewith.

WHEREFORE, for the reasons stated herein, the Trustee respectfully requests that this Court enter a judgment in favor of Michael K. Desmond, not individually but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Moo & Oink, Inc., and against Chicago Boxed Beef Distributors, Inc., in the amount of $107,500.00, and granting such further relief as may be just under the circumstances.

Respectfully Submitted,

**MICHAEL K. DESMOND, not individually but solely in his capacity as Chapter 7 Trustee of the bankruptcy estate of Moo & Oink, Inc.**

By: ____/s/ Jeff D. Harris____

Jeff D. Harris (# 3121786)
Michael K. Desmond (# 6208809)
Michael T. Graham (# 6280124)

FIGLIULO & SILVERMAN, P.C.
10 South LaSalle Street, Suite 3600
Chicago, IL 60603
(312) 251-4600
(312) 251-4610 / fax
jharris@fslegal.com
mdesmond@fslegal.com
[mgraham@fslegal.com](mailto:mgraham@fslegal.com)

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be served the foregoing **MOTION FOR ENTRY OF AGREED JUDGMENT AGAINST CHICAGO BOXED BEEF DISTRIBUTORS, INC.** upon counsel listed below by filing the document electronically through the Court's ECF system and upon the individuals named below by depositing the same in the United States mailbox, proper postage prepaid at 10 South LaSalle Street, Chicago, Illinois 60603, on August 8, 2013 before the hour of 5:00 p.m.

*/s/ Jeff D. Harris*

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Raymond Collins**
  michael.collins@collinsandcollins.com,eric.anderson@collinsandcollins.com
- **Michael K. Desmond**
  mdesmond@fslegal.com
- **Michael Thomas Graham**
  mgraham@fslegal.com
- **Jeff Douglas Harris**
  jharris@fslegal.com
- **William T. McGrath**
  wmcgrath@davismcgrath.com
- **Arthur P. Sanderman**
  apslaw@aim.com

**Manual Notice List**

| Via U.S. Mail | Via U.S. Mail |
|---|---|
| Sean Connolly<br>4 N 258 Mark Twain Street<br>St. Charles, IL 60175 | Sean Connolly<br>58 W. 9th Street<br>Atlantic Beach, FL 32233 |